UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IVAN CABRERA,

          Plaintiff,

v.                                                          Case No: 6:10-cv-953-Orl-36DAB

AMERICAN DIVERSIFIED SERVICES
CORPORATION, HAZEM SABRY and
AIRPORT SERVICES, INC.,

          Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation submitted by United States Magistrate Judge David A. Baker on February 8, 2013 (Doc. 143). In the Report and Recommendation, Judge Baker recommends that the Court deny Plaintiff Ivan Cabrera's ("Plaintiff") Motion for Default Judgment (Doc. 136), and that Plaintiff's claims against Defendants American Diversified Services Corporation ("ADS") and Hazem Sabry ("Sabry"), only, proceed to trial to ascertain damages. *Id.* at 8. Also, Judge Baker recommends that the Court deny the Defendants' Motion to Set Aside Entry of Default, filed on January 29, 2013 (Doc. 141). *Id.* No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that Defendants have not established appropriate grounds for reconsideration of the Court's entry of default against Defendants ADS and Sabry, both because they fail to argue the correct standard for reconsideration and because this Court has considered Defendants' new counsel's arguments. Doc. 143, p. 6; *see* Doc. 126, pp. 1, 4-6. Additionally, the Court agrees that although the default judgment forecloses

Defendants from contesting liability, the Court must determine the amount of damages and will hold a hearing to do so. *Id.*; *see Miller v. Paradise of Port Richey, Inc.*, 75 F. Supp. 2d 1342, 1346 (M.D. Fla. 1999); *Wallace v. The Kiwi Group, Inc.*, 247 F.R.D. 679, 681 (M.D. Fla. 2008).

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 143) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Ivan Cabrera's Final Motion for Default Judgment (Doc. 136) is **DENIED.** Plaintiff's claims against Defendants American Diversified Services Corporation and Hazem Sabry will proceed to a trial on damages.

3. Defendants' Motion to Set Aside Entry of Default (Doc. 141) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on March 1, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker